# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TERRANCE SMITH                                                                                      PLAINTIFF

v.                           No. 3:18CV00001-JLH-JJV

UNITED STATES POSTAL SERVICE,
Glenda Curtis, Corning Postmaster                                           DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that defendants' motion to substitute the United States as defendant and to dismiss complaint against the United States is GRANTED and this cause of action is DISMISSED without prejudice. Document #4.

DATED this 26th day of February, 2018.

                                                          _____
                                                          J. LEON HOLMES
                                                          UNITED STATES DISTRICT JUDGE