IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TERRANCE SMITH                                                                                   PLAINTIFF

v.                                    No. 3:18CV00001-JLH-JJV

UNITED STATES POSTAL SERVICE,
Glenda Curtis, Corning Postmaster                                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

DATED this 26th day of February, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE